COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| LEE HOTCHKISS, RANDY BOESELT, CARL MESSER, KEVIN McCAFFREY, FRED CREIGHTON, RAY CALDWELL, ROBERT ROOYAKKER, TERRY HENERSON, AND THAT CLASS OF PERSONS WHO HAVE BEEN LITTLE CAESARS FRANCHISEES ANY TIME FROM DECEMBER 1, 1995 THROUGH NOVEMBER 9, 1999, | § § § § § § | No. 08-10-00314-CV<br><br>Appeal from the<br><br>166th District Court<br><br>of Bexar County, Texas |
| Appellants, | § | (TC# 99-CI-16042) |
| v. | § | |
| LITTLE CAESAR ENTERPRISES, INC., | § | |
| Appellee. | § § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellants' unopposed motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs are assessed against Appellants. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

November 17, 2010

Before Chew, C.J., McClure, and Rivera, JJ.